

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 17 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN BLAINE WALSH and<br>NICOLE LYNN DOMER,<br><br>Defendants. | Criminal No. 3:22CR30<br><br>Violations: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine)

From on or about August 5, 2020 to on or about February 24, 2021, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **STEVEN BLAINE WALSH** and **NICOLE LYNN DOMER**, did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding together with each other and others, to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

(Distribution of Five Grams or More of Methamphetamine Hydrochloride, aka "Ice")

On or about August 5, 2020, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority distribute five grams or more of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

(Distribution of Five Grams or More of Methamphetamine Hydrochloride, aka "Ice")

On or about August 11, 2020, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority distribute five grams or more of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR

(Distribution of Five Grams or More of Methamphetamine Hydrochloride, aka "Ice")

On or about August 18, 2020, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority distribute five grams or more of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

(Distribution of Methamphetamine Hydrochloride, aka "Ice")

On or about August 24, 2020, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority distribute methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Methamphetamine)

On or about January 28, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

### (Distribution of Methamphetamine Hydrochloride, aka "Ice")

On or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **NICOLE LYNN DOMER** did unlawfully, knowingly, intentionally, and without authority distribute methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

**(Possession with Intent to Distribute Methamphetamine)**

On or about February 24, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **STEVEN BLAINE WALSH** did unlawfully, knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Eleanor F. Hurney
Assistant United States Attorney